**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Durrell TOPPIN, Defendant— Appellant.**

No. 08–6833.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 28, 2008.

Durrell Toppin, Appellant Pro Se. Lawrence Joseph Leiser, Michael Edward Rich, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Durrell Toppin appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Toppin*, No. 1:07–cr–00013–JCC–3 (E.D.Va. May 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*